1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| JOSE E. FALU-MENDOZA, | CASE NO. 06 CV 1665 JM (JMA) |
|---|---|
| Petitioner, | **ORDER GRANTING MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS** |
| vs. | |
| J.W. SULLIVAN, | |
| Defendant. | |

Petitioner's request to dismiss his petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **GRANTED.**  See Docket No. 16.  The clerk is **ORDERED** to terminate this case.

**IT IS SO ORDERED.**

DATED: January 25, 2007

_____
Hon. Jeffrey T. Miller
United States District Judge

cc:     All Parties

06cv1665